UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO.: 0:16-cv-60755-RNS

HOWARD COHAN,

    Plaintiff,

vs.

COED-STIRLING ROAD, LLC.,
a Foreign Limited Liability Company,
d/b/a HILTON GARDEN INN FT. LAUDERDALE,

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

Plaintiff, HOWARD COHAN, and Defendant, COED-STIRLING ROAD, LLC., a Foreign Limited Liability Company, d/b/a HILTON GARDEN INN FT. LAUDERDALE, (the "Parties), by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within twenty (20) days and should not be required to file any further responses, motions, and/or pleadings.

    Respectfully submitted,

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | By: **/s/ Matt Weinstein** |
| Gregory S. Sconzo, Esq. | MATT WEINSTEIN, ESQ. |
| Fla. Bar No.: 0105553 | Fla. Bar No.: 113320 |
| KAPLAN, SCONZO & PARKER, P.A. | 10723 SW 104th Street, |
| 3399 PGA Boulevard, Suite 180 | Miami, FL 33176 |
| Palm Beach Gardens, Florida 33410 | Telephone: (305) 670-5200 |
| Telephone: (561) 296-7900 | Facsimile: (305) 271-0467 |
| Facsimile: (561) 296-7919 | Email: mattwlaw@yahoo.com |
| Email: gsconzo@ksplaw.com | Attorneys for Defendant |
| Attorney for Plaintiff | |

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on May 10, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                  **/s/ Gregory S. Sconzo**
                  Gregory S. Sconzo, Esq.